(45 Misc. Rep. 27.)

GOTTSCHALL v. GERMAN SAV. BANK IN CITY OF NEW YORK.

(City Court of New York, Special Term.  August, 1904.)

1. INTERPLEADER—JURISDICTION—CITY COURT OF NEW YORK.
    Though the City Court of New York cannot, after entry of an order of
    interpleader under Code Civ. Proc. § 820, proceed with the action, it can
    grant an interpleader, and proceed, when the order is granted under
    Banking Law, Laws 1892, p. 1896, c. 689, § 115, and when the action is
    to recover money on deposit; the statute expressly conferring such
    power.

Action by Joel Gottschall, administrator, against the German·
Savings Bank.  Motion by defendant for an order substituting
Mary Gottschall as party defendant.  Motion granted.

Delamare & Morrison, for plaintiff.
Amend & Amend, for defendant German Savings Bank.
M. S. & I. S. Isaacs, for claimant Mary Gottschall.

SEABURY, J.  While this court has no jurisdiction to proceed
with an action after the entry of an order of interpleader under
section 820 of the Code of Civil Procedure, it has power to grant
a similar motion and proceed with the action under section 115 of
the banking law (Laws 1892, p. 1896, c. 689), when the action is
against a savings bank to recover money on deposit.  This statute
expressly confers power upon "the court in which the action is
pending" to exercise this jurisdiction.  The motion is granted, ex-
cept in so far as it seeks to compel the delivery of the passbook
at this time.

Motion granted, except in so far as it seeks to compel delivery
of passbook at this time.